UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MAURICIO COREAS and
ANGEL GUZMAN CEDILLO,

   Petitioners,

   v.

WARDEN DONNA BOUNDS,
JACK KAVANAUGH,
JANEAN OHIN,
MATTHEW T. ALBENCE, and
IMMIGRATION AND CUSTOMS
ENFORCEMENT,

   Respondents.

Civil Action No. TDC-20-0780

**ORDER**

A video hearing on the Emergency Motion for a Temporary Restraining Order, ECF No. 2, is scheduled for **Thursday, April 2, 2020 at 2:00 p.m.** before Judge Theodore D. Chuang. Instructions on how to participate in the hearing will be provided separately.

Date: March 31, 2020

                                              /s/
                                   THEODORE D. CHUANG
                                   United States District Judge