# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| MAURICIO COREAS and<br>ANGEL GUZMAN CEDILLO,<br><br>    Petitioners,<br><br>    v.<br><br>DONNA BOUNDS,<br>*in her official capacity as Warden*,<br>*Worcester County Detention Center*,<br>JACK KAVANAUGH,<br>*in his official capacity as Director*,<br>*Howard County Detention Center*,<br>JANEAN OHIN,<br>*in her official capacity as*<br>*Acting Baltimore Field Office Director*,<br>*U.S. Immigration and Customs Enforcement,*<br>MATTHEW T. ALBENCE,<br>*in his official capacity as Deputy Director*<br>*and Senior Official performing the duties of*<br>*the Director of the U.S. Immigration*<br>*and Customs Enforcement*,<br>and<br>IMMIGRATION AND CUSTOMS<br>ENFORCEMENT,<br><br>    Respondents. | Civil Action No. TDC-20-0780 |

**ORDER**

On April 8, 2020, the Court issued an Order, ECF No. 61, stating that all further substantive communications from the parties to the Court should be made only through filings on the docket. On April 9, 2020, in direct violation of that Order, the Government sent an email to the Judge's Chambers containing substantive communications. Such communications are not part of the public record of this case, are improper, and will not be considered by the Court. If the

Government wishes the Court to consider its April 9, 2020 communication, it must docket it.  All filings must contain the case caption, and the parties shall not file letters or informal correspondence unless specifically authorized to do so on a particular issue.

In light of the Government's failure to comply with the April 8, 2020 Order, the Court again bars all parties from communicating with the Court by email or telephone on any matter relating to the merits of this case.  Any future violations may result in an Order of Contempt.

Date:  April 10, 2020                                          /s/ *Theodore D. Chuang*
                                                                              THEODORE D. CHUANG
                                                                              United States District Judge