# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| MAURICIO COREAS and<br>ANGEL GUZMAN CEDILLO,<br><br>    Petitioners,<br><br>    v.<br><br>DONNA BOUNDS,<br>*in her official capacity as Warden*,<br>*Worcester County Detention Center*,<br>JACK KAVANAUGH,<br>*in his official capacity as Director*,<br>*Howard County Detention Center*,<br>JANEAN OHIN,<br>*in her official capacity as*<br>*Acting Baltimore Field Office Director*,<br>*U.S. Immigration and Customs Enforcement*,<br>MATTHEW T. ALBENCE,<br>*in his official capacity as Deputy Director*<br>*and Senior Official performing the duties of*<br>*the Director of the U.S. Immigration*<br>*and Customs Enforcement*,<br>and<br>IMMIGRATION AND CUSTOMS<br>ENFORCEMENT,<br><br>    Respondents. | Civil Action No. TDC-20-0780 |

## ORDER

For the reasons stated on the record during the April 27, 2020 Case Management Conference, it is hereby ORDERED that:

1. Petitioners are GRANTED leave to file a renewed Motion for a Preliminary Injunction relating to Petitioner Mauricio Coreas and Howard County Detention Center. The Motion is due **today, April 27, 2020 at 5:00 p.m**. The Government's Response is due

**April 28, 2020 at 5:00 p.m**.  Petitioners may file either a Reply by **12:00 noon on April 29, 2020** or a notice waiving their right to file a Reply by **9:00 a.m. on April 29, 2020**.

2. Petitioners are GRANTED leave to file a renewed Motion for a Preliminary Injunction relating to the Petitioners at Worcester County Detention Center.  The Motion is due **April 28, 2020 at 5:00 p.m**.  The Government's Response is due **April 30, 2020 at 5:00 p.m**.  Petitioners' Reply is due **May 1, 2020 at 5:00 p.m**.

3. In their briefs, the parties shall PROVIDE proposals for the appropriate conditions of release in the event that the Motions are granted.

Date:  April 27, 2020                              */s/ Theodore D. Chuang*
                                                            THEODORE D. CHUANG
                                                            United States District Judge